IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

ROBERT TUCKER WITT (02)

NO.  2:23-CR-069-Z (02)

## FACTUAL RESUME

In support of Robert Tucker Witt's plea of guilty to the offense in Count Two of the indictment, Witt, the defendant, Robert Johnston, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Fentanyl, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.*   That the substance was in fact fentanyl; and

*Third.*   That the defendant possessed the substance with the intent to distribute it.

## STIPULATED FACTS

1.   On or about July 27, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, Robert Tucker Witt, defendant, did knowingly and intentionally

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2019).

**Robert Tucker Witt**
**Factual Resume—Page 1**

possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2.      On July 27, 2023, Amarillo Police Department (APD) officers executed a search warrant at the residence of Robert Tucker Witt and Rebecca Ann Schmitkons, located at 1550 Bell Street, Apartment 302, Amarillo, Texas.  Prior to executing the warrant, officers observed Witt exit the apartment and they took Witt into custody.  A short time later, Schmitkons exited the apartment and she was also detained.

3.      During a search of the apartment, officers located approximately 100 blue M-30 pills that officers believed contained fentanyl.  In the apartment, officers also located: $724 in U.S. currency; a 38 Smith & Wesson revolver with a brown grip, serial number unknown; a Springfield XD, 9mm handgun, serial number BA739508; a Canik Century Arms, 9mm handgun, serial number T6472-22CM25799; and a Smith & Wesson, M&P AR style, .22 caliber rifle, serial number DWH1982.

4.      Officers conducted an interview with Witt and read him his *Miranda* warnings.  Witt waived his rights and agreed to make a statement.  During the interview, Witt admitted to distributing large amounts of fentanyl pills.  Witt also admitted to possessing the four firearms found inside his residence.  Witt told officers that he had a storage unit where he kept more fake M-30 fentanyl pills.  Witt gave officers consent to search the unit, which was located at 2000 Hardy Unit 03356, Amarillo, Texas.  Witt provided officers a key to the storage unit.  During a search of the storage unit, officers located approximately 250 blue M-30 fentanyl pills and $3,011 in U.S. currency.

5.      Both Witt and Schmitkons gave consent for a search of their cell phones. During a search of the phones, officers located messages indicating that Witt and Schmitkons were distributing fentanyl to several people in Amarillo, Texas.

6.      The suspected fentanyl was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, fentanyl, a Schedule II controlled substance. The pills had a total net weight of 106.802 grams. This amount of fentanyl is consistent with distribution, as opposed to personal use.

7.      Witt admits that he knowingly possessed with intent to distribute a controlled substance, namely fentanyl, a Schedule II controlled substance.

8.      The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

AGREED TO AND STIPULATED on this _15_ day of _December_____, 2023.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_Robert Tucker Witt_____
Robert Tucker Witt
Defendant


_James B. Johnston_____
James B. Johnston
Attorney for Defendant

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
300 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

Robert Tucker Witt
Factual Resume—Page 3