IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

NO. 2:23-CR-069-Z (04)

JULIAN GABRIEL APODACA (04)

## FACTUAL RESUME

In support of Julian Gabriel Apodaca's plea of guilty to the offense in Count Four of the indictment, Apodaca, the defendant, Len Walker, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Four of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Fentanyl, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.*  That the substance was in fact fentanyl; and

*Third.*   That the defendant possessed the substance with the intent to distribute it.

## STIPULATED FACTS

1.   On or about August 9, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, Julian Gabriel Apodaca, defendant, did knowingly and

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2019).

**Julian Gabriel Apodaca**
**Factual Resume—Page 1**

intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2.    In July 2023, Amarillo Police Department (APD) officers learned that Julian Gabriel Apodaca was distributing fentanyl pills in Amarillo, Texas. On August 9, 2023, APD officers located Apodaca's Volkswagen Jetta and observed Apodaca alone in the vehicle. APD officers followed Apodaca to a location in Amarillo where Apodaca was working. During surveillance, officers observed Apodaca standing at the location by a vehicle. Officers approached Apodaca and arrested him for outstanding state warrants. Apodaca was found in possession of a cell phone during his arrest.

3.    An APD patrol officer responded to the scene and utilized his canine partner to conduct a free air sniff of Apodaca's vehicle. The canine alerted to the odor of narcotics coming from the vehicle. Officers then conducted a probable cause search of the vehicle. During the search, officers located a prescription pill bottle containing seven blue M-30 pills that officers believed contained fentanyl, along with several other pills. Officers also located a Canik, 9mm pistol inside the vehicle.

4.    Apodaca was transported to the Amarillo Police Department for an interview. An officer read Apodaca his *Miranda* warnings. Apodaca waived his rights and agreed to make a statement. During the interview Apodaca admitted that he had been selling fentanyl pills since the beginning of July 2023. He admitted that there were fentanyl pills inside his vehicle. Apodaca stated that there were additional pills inside the vehicle that officers did not locate. Officers conducted a second search of Apodaca's

**Julian Gabriel Apodaca**
**Factual Resume—Page 2**

vehicle. During this search, officers located two magnetic black plastic cases. Inside one case, officers located two bags with a white powder believed to be cocaine with a gross weight of 25.58 grams. In the other case, officers located a small clear zip top bag that contained 106 blue fentanyl pills, which weighed 12.85 gross grams.

5.      A search warrant was obtained for Apodaca's cell phone. During a review of the phone, officers located evidence that Apodaca was distributing fentanyl pills to several individuals.

6.      The suspected fentanyl was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, fentanyl, a Schedule II controlled substance. The pills had a total net weight of 12.546 grams. This amount of fentanyl is consistent with distribution, as opposed to personal use.

7.      Apodaca admits that he knowingly possessed with intent to distribute a controlled substance, namely fentanyl, a Schedule II controlled substance.

8.      The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Four of the indictment.

**Julian Gabriel Apodaca**
**Factual Resume—Page 3**

AGREED TO AND STIPULATED on this 22nd day of _January_, 2024.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
Julian Gabriel Apodaca
Defendant

_____
Len Walker
Attorney for Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
300 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

Julian Gabriel Apodaca
Factual Resume—Page 4