IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL DAVID WINBIGLER (07)

NO.  2:23-CR-069-Z (07)

## FACTUAL RESUME

In support of Michael David Winbigler's plea of guilty to the offense in Count Five of the indictment, Winbigler, the defendant, Ryan Brown, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Five of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Fentanyl, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.*   That the substance was in fact fentanyl; and

*Third.*   That the defendant possessed the substance with the intent to distribute it.

## STIPULATED FACTS

1.   On or about May 28, in the Amarillo Division of the Northern District of Texas, and elsewhere, Michael David Winbigler, defendant, did knowingly and

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2019).

**Michael David Winbigler**
**Factual Resume—Page 1**

intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2.  On May 23, 2023 at approximately 12:40 a.m., Amarillo Police Department (APD) officers conducted a traffic stop of a vehicle that was observed speeding in the 2200 block of S.W. 10th Avenue, Amarillo, Texas. The driver, and sole occupant, was identified as Michael David Winbigler. Officers discovered that Winbigler had two outstanding warrants and they placed Winbigler under arrest.

3.  Officers conducted a search of Winbigler incident to arrest. During the search, officers located pipes for ingesting narcotics and a piece of tin foil with suspected methamphetamine in Winbigler's pockets.

4.  A probable cause and inventory search of Winbigler's vehicle was conducted. During the search, officers located a red backpack in the front passenger's area. A plastic box labeled "first aid kit" was located inside the backpack. The plastic box contained baggies of M-30 pills weighing 290.81 gross grams and $2,994 in U.S. currency.

5.  A search warrant was obtained for Winbigler's cellphone. During a search of the phone, officers located messages indicating that Winbigler was distributing fentanyl to several people in Amarillo, Texas.

6.  The suspected fentanyl was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, fentanyl, a Schedule II

controlled substance. The pills had a total net weight of 270.2 grams. This amount of fentanyl is consistent with distribution, as opposed to personal use.

7.    Winbigler admits that he knowingly possessed with intent to distribute a controlled substance, namely fentanyl, a Schedule II controlled substance.

8.    The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Five of the indictment.

AGREED TO AND STIPULATED on this 13 day of February, 2023.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
Michael David Winbigler
Defendant

_____
Ryan Brown
Attorney for Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
300 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

**Michael David Winbigler**
**Factual Resume—Page 3**